IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| LANCE KOLLORE, | § | |
| | § | |
| Defendant Below, | § | No. 255, 2023 |
| Appellant, | § | |
| | § | Court Below: Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | C.A. No. N23M-05-155 |
| | § | |
| Appellee. | § | |

Submitted: August 1, 2023
Decided: August 11, 2023

Before **SEITZ**, Chief Justice; **LEGROW** and **GRIFFITHS**, Justices.

## ORDER

(1) The appellant, Lance Kollore, filed this appeal from an order of a Superior Court Commissioner designating Kollore as a Tier III sex offender under 11 *Del. C.* §§ 4121-22. The office of the Clerk of this Court issued a notice directing Kollore to show cause why the appeal should not be dismissed based on the Court's lack of jurisdiction to consider an appeal taken directly from a Superior Court Commissioner's order. Postal records indicate that the notice to show cause was delivered on July 20, 2023. The appellant did not respond to the notice within the required ten-day period. For that reason, the Court could dismiss the appeal as unopposed.[1]

---

[1] *See* Del. Supr. Ct. R. 29(b).

(2) The Court did receive an opening brief from Kollore on July 27, 2023. To the extent that Kollore intended that document to be a response to the notice to show cause, it does not address this Court's lack of jurisdiction to consider an appeal from a Superior Court Commissioner's order. "The right of review of a Superior Court Commissioner's order is to a judge of the Superior Court. In the absence of intermediate review by a Superior Court judge, this Court is without jurisdiction to hear an appeal from any action taken by a Commissioner."[2]

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rule 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ N. Christopher Griffiths*
Justice

---

[2] *Jagger v. State*, 2019 WL 7369200, at *1 (Del. Dec. 30, 2019) (citations omitted).